IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, ILLINOIS LABORERS' & CONTRACTORS TRAINING PROGRAM, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS LABORERS-EMPLOYERS COOPERATION & EDUCATION TRUST, NORTH CENTRAL ILLINOIS LABORERS-EMPLOYERS COOPERATION & EDUCATION TRUST, NORTH CENTRAL ILLINOIS LABORERS HEALTH & WELFARE FUND, SOUTHERN & CENTRAL ILLINOIS LABORERS' VACATION FUND, MIDWEST REGION ORGANIZING COMMITTEE, NORTHERN ILLINOIS LABORERS WELFARE FUND, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FUND, TRI-COUNTY CONSTRUCTION, WEST CENTRAL BUILDING TRADES, CENTRAL ILLINOIS WORKING DUES, NORTH CENTRAL LABORERS' POLITICAL LEAGUE, CENTRAL ILLINOIS LEGAL FUND, ILLINOIS LABORERS' LEGISLATIVE COMMITTEE, AND SUBSTANCE ABUSE TESTING FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 20-cv-3187-RM-EIL |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| F & W LAWN CARE & LANDSCAPING, INC. | ) ) ) | |
| Defendant. | ) | |

**<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

The Parties, by their respective attorneys, hereby jointly move the Court for, and stipulate

to, the dismissal with prejudice of Plaintiffs' Complaint, and in support thereof state as follows:

1. The Parties have reached a resolution to the matters asserted in Plaintiff's Complaint.

2. The Parties hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint, with each party to pay its own attorneys' fees and costs, except as otherwise agreed to by the Parties pursuant to their settlement agreement.

WHEREFORE, the Parties jointly request this Honorable Court enter an Order dismissing this action with prejudice and granting the Parties such further and other relief as may be just and proper.

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, Plaintiffs, | Respectfully submitted:<br>F & W LAWN CARE & LANDSCAPING, INC. *et al.*, Defendant |
| By: s/ Jacob A. Blickhan<br>Jacob A. Blickhan<br>CAVANAGH & O'HARA LLP<br>Attorney for Plaintiffs<br>2319 West Jefferson Street<br>Springfield, IL 62702<br>Telephone:  (217) 544-1771<br>Facsimile:  (217) 544-9894<br>jacobblickhan@cavanagh-ohara.com | By: s/ Stanley N. Wasser<br>Stanley N. Wasser, #02947307<br>FELDMAN WASSER<br>Attorney for Defendants<br>1307 S. Seventh Street<br>Springfield, IL 62703<br>Telephone: (217) 544-3403<br>Facsimile: (217) 544-1593<br>swasser@feldman-wasser.com |